CARI, LLC, Appellant, v 415 Greenwich Fee Owner, LLC, et al., Respondents.

Submitted March 12, 2012; decided May 8, 2012

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's denial of plaintiff's motion for leave to file a second amended complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.